# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
### SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy – VMM | Court Reporter – Carla Dedula |
| Courtroom - SF #2 | Date – April 11, 2022 |
| Probation Officer- Brent Hubers | |

4:20-CR-40092-01-KES

| | |
|---|---|
| UNITED STATES OF AMERICA | Mark Hodges |
| Plaintiff, | |
| vs. | |
| ASPEN RAE BROWN | Nicole Carper |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 9:30 AM

TIME:

9:32 a.m.    Enter sentencing hearing.

Counsel state their appearances for the record.

Defendant sentenced to 262 months in custody followed by five years' supervised release, fine is waived, and a $100 special assessment is ordered.

9:56 a.m.    Court adjourned.